# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case Nos. 5D2025-2033
LT Case No. 05-2021-DR-031573

_____

ELIZABETH DANIELS SOLOMON
PARKER,

    Appellant,

    v.

STEVEN EUGENE PARKER,

    Appellee.

_____

On appeal from the Circuit Court for Brevard County.
Kristen Smith-Rodriguez, Judge.

Elizabeth Daniels Solomon Parker, Titusville, pro se.

Andrew T. Windle, of The Windle Family Law Firm, P.A.,
Orlando, for Appellee.

July 23, 2026

PER CURIAM.

    AFFIRMED.

WALLIS, HARRIS, and SOUD, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____